UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TAMARA N. NASRALLAH, | : |
| Plaintiff, | : Case No. 1:17-cv-00069-PAG |
| v. | : Judge Patricia A. Gaughan |
| LAKEFRONT LINES, INC., | : |
| Defendant. | : |

**[ORDER**

AND NOW this  4th  day   August              , 2017, upon consideration of the parties' Joint Motion, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. The parties' proposed settlement agreement is a fair and reasonable resolution of a bona fide dispute over FLSA provisions and therefore is **APPROVED**.

Plaintiff's Amended Complaint, and all of her claims asserted against Defendant, are hereby **DISMISSED WITH PREJUDICE**. Defendant's counterclaims asserted against Plaintiff are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

   /s/ Patricia A. Gaughan
The Honorable Patricia A. Gaughan
United States District Court Judge